In the Matter of Proving the Last Will and Testament of NONA GOLDEN, Deceased. KATHRYN MORIARITY and ADELAIDE T. BLANCHARD, as Executrices, etc., of NONA GOLDEN, Deceased, Respondents; JAMES J. MORIARITY, MARGARET FISHER and ALEXANDER DEL GIORNO, Special Guardian for Incompetents JOHN J. MORIARITY and STELLA MORIARITY, Appellants.— Decree of the Surrogate's Court, Queens county, admitting the will of the testator to probate, unanimously affirmed on authority of *Matter of Field* (204 N. Y. 448), with costs to respondents and with fifty dollars costs and disbursements to the special guardian, payable out of the estate. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of JOHN J. LYNCH, JR., as Administrator, etc., of JOHN J. LYNCH, Deceased. JOHN J. LYNCH, JR., Administrator, etc., of JOHN J. LYNCH, Deceased, and Accountant and Individually, Appellant; THOMAS LYNCH, Contestant, Respondent.— Decree of the Surrogate's Court of Queens county, surcharging the administrator and settling his account, unanimously affirmed, with costs to the respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of KOSCH, LEWIS & REUBEN, Attorneys, to Have Fixed and Determined Their Compensation for Professional Services Rendered by Them to CHARLES ARTHUR McKEVETT, Both as a Distributee and as Administrator, etc., of BERT McKEVETT, Deceased. CHARLES ARTHUR McKEVETT, Individually, Appellant; KOSCH, LEWIS & REUBEN, Attorneys, Respondents. (Appeal No. 1.) In the Matter of the Application of KOSCH, LEWIS & REUBEN, Attorneys, to Have Fixed and Determined Their Compensation for Professional Services Rendered by Them to CHARLES ARTHUR McKEVETT, Both as a Distributee and as Administrator, etc., of BERT McKEVETT, Deceased. CHARLES ARTHUR McKEVETT and ETTA SPRING McKEVETT, as Administrators, etc., of BERT McKEVETT, Deceased, Appellants; KOSCH, LEWIS & REUBEN, Attorneys, Respondents. (Appeal No. 2.) — (Appeal No. 1.) Order of the Surrogate's Court of Suffolk county, denying on reargument the motion of Charles Arthur McKevett, individually, for a jury trial in a proceeding under section 231-a of the Surrogate's Court Act, reversed on the law, with ten dollars costs and disbursements, payable out of the estate, and motion granted. (Appeal No. 2.) Order denying on reargument the similar motion of the administrators reversed on the law, with ten dollars costs and disbursements, payable out of the estate, and motion granted. In the opinion of this court, a party to such a proceeding is entitled to a jury trial as a matter of right. The earlier cases to the contrary must be deemed to have been overruled by *Matter of Matheson* (265 N. Y. 81). Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.